# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RICKEY A. TAYLOR,**

        Petitioner,

    V.                                            CASE NUMBER: **07-C-180**

**LARRY JENKINS,**
**Warden of Kettle Moraine Correctional Institution**,

        Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Rickey A. Taylor's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4 of the Rules Governing Habeas Corpus Proceedings because he has not exhausted his State court remedies. This action is hereby DISMISSED.**

| | |
|---|---|
|   **April 30, 2007** <br> Date |   **JON W. SANFILIPPO** <br> Clerk |
| | s/ Linda M. Zik <br> (By) Deputy Clerk |